UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
MAR - 7 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America,            )   Case No. CR 17-41 HSG
                                     )
        Plaintiff,                   )   STIPULATED ORDER EXCLUDING
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
                                     )
        v.                           )
                                     )
Kenneth Ledbetter                    )
        Defendant.                   )

For the reason stated by the parties on the record on __3/7/2017__, the Court excludes time under the Speedy Trial Act from __3/7/2017__, to __4/24/2017__, and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

_____  Failure to grant a continuance would be likely to result in a miscarriage of justice.
         See 18 U.S.C. § 3161(h)(7)(B)(I).

_____  The case is so unusual or so complex, due to *[circle applicable reasons]* the number of
         defendants, the nature of the prosecution, or the existence of novel questions of fact
         or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
         itself within the time limits established by this section. See 18 U.S.C. § 3161(h)(7)(B)(ii).

_____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
         taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

_____  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
         counsel's other scheduled case commitments, taking into account the exercise of due diligence.
         See 18 U.S.C. § 3161(h)(7)(B)(iv).

✓        Failure to grant a continuance would unreasonably deny the defendant the reasonable time
         necessary for effective preparation, taking into account the exercise of due diligence.
         See 18 U.S.C. § 3161(h)(7)(B)(iv).

_____  For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. §
         3161(b) and waived with the consent of the defendant under Federal Rules of Criminal Procedure
         5.1(c) and (d).

_____  For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. §
         3161(h)(1)(E)(F) for delay resulting from removal/transport of the defendant to another district.

IT IS SO ORDERED.

DATED: __3/7/2017__

                                             _____
                                             Kandis A. Westmore
                                             United States Magistrate Judge

STIPULATED: _____    _____
            Attorney for Defendant        Assistant United States Attorney