UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 17-00041 HSG |
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| KENNETH LEDBETTER, | |
| Defendant. | |

The United States moved for pretrial detention pursuant to Title 18, United States Code, Section 3142(f)(1)(E) and a hearing was conducted on March 7, 2017.  Defendant was present and in custody, represented by Assistant Federal Public Defender Hanni Fakhoury.  The United States was represented by Assistant U.S. Attorney Joseph M. Alioto Jr.

Upon consideration of the parties' proffers, the Pretrial Service Report, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, and it further finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

The instant case involves the possession of a firearm (18 U.S.C. § 3142(g)(1)), and based on the proffer of the United States, the weight of the evidence is strong (18 U.S.C. §3142(g)(2)).  The

1  defendant has a history of daily drug use and has been diagnosed with mental conditions in the past.  18
2  U.S.C. §3142(g)(3)(A).  Although he only recently turned 19, the defendant has a relatively lengthy
3  history of criminal convictions that include Carrying a Concealed Firearm, First Degree Robbery, and
4  Burglary.  *Id*.  The defendant has never been employed.  18 U.S.C. §3142(g)(3)(A).  Although the
5  defendant has family ties in the community, where he has resided all of his life (18 U.S.C.
6  §3142(g)(3)(A)), his grandmother was unwilling to offer her home as collateral to ensure the
7  defendant's future appearances in court, and a second person also declined to act as a surety.
8       For those reasons, and for reasons articulated on the record and in the Pretrial Services Report,
9  the Court orders the defendant detained.  The defendant is committed to the custody of the Attorney
10 General or a designated representative for confinement in a corrections facility.  The defendant must be
11 afforded a reasonable opportunity to consult privately with counsel.  On order of a court of the United
12 States or on request of an attorney for the United States, the person in charge of the corrections facility
13 must deliver the defendant to the United States Marshal for a court appearance.
14      IT IS SO ORDERED.

17 DATED: March __8__, 2017

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

ORDER OF DETENTION
CR 17-00041 HSG