FILED

Aug 10 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEDBETTER,<br><br>Defendant. | Case No. 17-cr-00041-HSG-1 (VKD)<br><br>**ORDER SETTING CONDITIONS OF RELEASE PENDING REVOCATION HEARING** |

Mr. Kenneth Ledbetter appeared on a summons before the Court on an amended petition for supervised release violations. Dkt. No. 56. Mr. Ledbetter appeared by videoconference, having waived his right to personal appearance, and was represented by counsel. The United States and the Probation Office asks the Court to order Mr. Ledbetter detained pending a revocation hearing before the presiding judge, which is set for August 18, 2021 at 2:00 p.m.

For the reasons stated on the record during the hearing and as set forth below, the Court finds that conditions of release may be set to reasonably assure that Mr. Ledbetter will not pose a danger to another person or the community, pending his revocation hearing before the presiding judge. The Court orders as follows:

1. Mr. Ledbetter must reside at 1101 Connecticut Ave, Apt 306, in San Francisco, CA;
2. Mr. Ledbetter must remain at his residence at all times, except for: (a) seeking or maintaining employment, (b) medical, substance abuse, or mental health treatment, (c) attorney visits, (d) court appearances, (e) programming approved in advance by the probation officer, and (f) family obligations, including childcare, with prior approval by the probation officer;
3. Mr. Ledbetter must submit to location monitoring as directed by the probation officer

to ensure his compliance with the court-ordered location restrictions described in paragraphs 1 and 2; and

4. Mr. Ledbetter will meet with his probation officer at the residence identified in paragraph 1 on **August 17, 2021 at 9:00 a.m.**, and shall comply with the direction of the probation officer.

Nothing in this order is intended to modify the conditions of supervised release set by the presiding judge, which remain in place.

The Court will hold a status conference regarding the conditions of release set forth in paragraphs 1-4 above on **August 24, 2021 at 1:00 p.m.**  However, if the parties believe that such a status conference is unnecessary, they may so advise the Court and may request that the conference be vacated or continued.

**IT IS SO ORDERED.**

Dated: August 10, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge