FILED

Aug 26 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH LEDBETTER,<br><br>Defendant. | Case No. 17-cr-00041-HSG-1 (VKD)<br><br>**ORDER OF DETENTION PENDING REVOCATION HEARING** |

The United States moves for detention of defendant Kenneth Ledbetter, pending a hearing before the district judge regarding revocation of his supervised release. The Court held a detention hearing by videoconference, with Mr. Ledbetter's consent, on August 26, 2021. Mr. Ledbetter was represented by counsel during the hearing.

Having considered the factors set forth in 18 U.S.C. § 3142(g), the matters in the third amended petition, and the proffers of counsel for Mr. Ledbetter and for the United States, the Court concludes that Mr. Ledbetter has not met his burden to show by clear and convincing evidence that he is not a danger to others and the community. Fed. R. Crim. P. 32.1(a)(6).

According to the allegations in the third amended petition, Mr. Ledbetter has not only refused to comply with the directions of the Probation Officer, but he has threatened the Probation Officer with physical violence. *See* Dkt. No. 66 (charge 9). In addition, the petition includes allegations that Mr. Ledbetter did not comply with prior conditions of release that this Court set on August 10, 2021, and which were subsequently adopted by the district judge, in connection with an earlier petition for supervised release violations. Dkt. No. 58 and Dkt. No. 66 (charges 7 and 8). Mr. Ledbetter responds that he has an alternative residence available to him if the Court were to permit him to remain out of custody, and he urges the Court to not detain him so that he may continue to care for his child. Mr.

1  Ledbetter also cites the adverse and unhealthy conditions of the Santa Rita Jail, particularly during the
2  recent surge in COVID-19 cases there, as additional reasons why he should not be detained.  Finally,
3  Mr. Ledbetter cites a breakdown in communications with his Probation Officer as a reason the Court
4  should not view the reported threats against the Probation Officer as posing a danger to others or the
5  community, but rather as an expression of Mr. Ledbetter's frustration with how he is being supervised.
6      Mr. Ledbetter's arguments are not persuasive.  The Court finds that he did not comply with
7  this Court's prior conditions of release, and the Court views as extremely serious the threats of
8  violence described in the third amended petition.  Moreover, there is an outstanding arrest warrant
9  issued upon the order of the district judge.  Mr. Ledbetter was advised at his last appearance to self-
10 surrender or be arrested.  He has not self-surrendered, although he did appear by videoconference for
11 his initial appearance on the third amended petition.  However, even in the absence of the outstanding
12 arrest warrant, the Court would order Mr. Ledbetter detained as a danger to others and the community,
13 in accordance with the Bail Reform Act, 18 U.S.C. §§ 3142, 3143(a), pending a revocation hearing to
14 be conducted pursuant to Federal Rule of Criminal Procedure 32.1(b)(2).
15     Mr. Ledbetter is committed to the custody of the Attorney General or his designated
16 representative for confinement in a corrections facility separate, to the extent practicable, from persons
17 awaiting or serving sentences or being held in custody pending appeal.  Mr. Ledbetter shall be afforded
18 a reasonable opportunity for private consultation with defense counsel.  On order of a court of the
19 United States or on the request of an attorney for the United States, the person in charge of the
20 corrections facility shall deliver Mr. Ledbetter to the United States Marshal for the purpose of an
21 appearance in connection with a court proceeding.
22     **IT IS SO ORDERED.**
23 Dated: August 26, 2021

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge